FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2022

No. 04-20-00333-CR

**EX PARTE** Zohair **AHMED**,

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR2128A-W1
Honorable Jennifer Pena, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
                Patricia O. Alvarez, Justice
                Liza A. Rodriguez, Justice

On June 15, 2022, this court issued an opinion denying relief in *Ex parte Ahmed*. On August 19, 2022, Ahmed filed a motion for extension of time with the Court of Criminal Appeals for an out-of-time petition for discretionary review. The Court of Criminal Appeals denied the motion.

On September 15, 2022, Ahmed filed a motion with this court titled Motion to Correct Factual Errors as Stated in the Court's Opinion. In it, Ahmed argues that this court retains plenary jurisdiction and should review the opinion en banc. Ahmed argues that this court has made factual errors that require it to issue an amended opinion and prays that this court will sua sponte reconsider its holding.

First, we agree that we may correct a clerical error in the judgment or opinion. TEX. R. APP. P. 19.3(a). To that end, we strike the last sentence of the first Background paragraph: "At the time of his plea, Ahmed was illegally in the United States." But Ahmed's other requested corrections are either inaccurate, unsupported, or more than mere clerical corrections. *See Westerburg v. W. Royalty Corp.*, No. 07-15-00082-CV, 2016 WL 5786980, at *1 (Tex. App.—Amarillo Sept. 21, 2016, no pet.) (mem. op.).

Because there was no timely motion for either rehearing or reconsideration, our plenary power over the judgment has expired and we may only correct clerical errors in our opinion or judgment. *See* Tex. R. App. P. 19.1, 19.3(a), 49.1, 49.5; *Westerburg*, 2016 WL 5786980, at *1. Our authority to grant a request to correct a non-clerical error has expired. *See* Tex. R. App. P. 19.1, 19.3(a); *Westerburg*, 2016 WL 5786980, at *1.

FILE COPY

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2022.

MICHAEL A. CRUZ, Clerk of Court